**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

No. 98-2184

─────────

SHARON PHYLLIS BECKER,

                              Plaintiff - Appellant,

        versus

MARTY LIPPY, Officer; DEBRA MILHOLEN, Detective,

                              Defendants - Appellees.

─────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, Chief District Judge.
(CA-98-331-JFM)

─────────

Submitted:  November 19, 1998        Decided:  December 1, 1998

─────────

Before HAMILTON and WILLIAMS, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Sharon Phyllis Becker, Appellant Pro Se.  Jeffrey Grant Cook, BAL-
TIMORE COUNTY OFFICE OF LAW, Towson, Maryland, for Appellees.

─────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Sharon Phyllis Becker appeals the district court's order denying relief on her 42 U.S.C.A. § 1983 (West Supp. 1998) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Becker v. Lippy</u>, No. CA-98-331-JFM (D. Md. Apr. 22, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>